20-3224; 22-70
*Black v. Almodovar*; *G.M. v. Almodovar*

LOHIER, *Circuit Judge*, joined by LEE, ROBINSON, PÉREZ, NATHAN, MERRIAM, and KAHN, *Circuit Judges*, concurring in the denial of rehearing en banc:

    For the reasons set forth in the excellent joint statement of my colleagues, Senior Judges Chin and Carney, and in the panel opinion, *Black v. Decker*, 103 F.4th 133 (2d Cir. 2024), I concur fully in the decision to deny in banc rehearing in this case.

1